Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PENNY PANNEK,<br><br>     Plaintiff,<br><br> vs.<br><br>CITY OF SEATTLE, and LINCOLN TOWING ENTERPRISES, INC.<br><br>     Defendants. | No. 2:21-cv-1447BJR<br><br>DEFENDANT CITY OF SEATTLE'S STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO ANSWER<br><br>Noting Date: November 18, 2021 |

Defendant City of Seattle (hereinafter "City") hereby moves for an extension of their deadline to answer Plaintiff's complaint from November 18, 2021, until December 3, 2021. The City would benefit from additional time to research and respond to Plaintiff's allegations. All parties stipulate and consent to this motion, although at this time the City has not received confirmation that it is authorized to submit the motion with an e-signature for attorneys for Lincoln Towing.

STIPULATED AND AGREED TO this 18th day of November, 2021.

          PETER S. HOLMES
          Seattle City Attorney


       By: /s/Carolyn U Boies
          Carolyn U. Boies, WSBA#40395
          Assistant City Attorney

DEFENDANT CITY OF SEATTLE'S STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO ANSWER
- 1  (21-cv-1447BJR)

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel #:  (206) 684-8200
Fax #:  (206) 684-8284

E-mail: Carolyn.boies@seattle.gov

*Attorney for City of Seattle*


  /s/*James E. Lobsenz*
James E. Lobsenz, WSBA# 8787
Carney Badley Spellman P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA  98104
(206) 622-8020
lobsenz@carneylaw.com

*Attorneys for Plaintiff*


LAW OFFICE OF DANIEL A. MALLOVE, PLLC


Daniel P. Mallove, WSBA# 13158
Eric A. Cascio, WSBA# 52914
2003 Western Avenue, Suite 400
Seattle, WA 98121
(206) 239-9933
dmallove@dpmlaw.com
ecascio@dpmlaw.com

*Attorneys for Defendant Lincoln Towing Enterprises*


DEFENDANT CITY OF SEATTLE'S STIPULATED MOTION AND
ORDER TO EXTEND DEADLINE TO ANSWER
- 2  (21-cv-1447BJR)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

# ORDER

THIS MATTER having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

IT IS ORDERED THAT the extension is granted and Defendant City of Seattle's answer to Plaintiff's complaint is due December 3, 2021.

DATED this 19th day of November, 2021.

*(signature)*
Barbara Jacobs Rothstein
U.S. District Court Judge

DEFENDANT CITY OF SEATTLE'S STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO ANSWER
- 3  (21-cv-1447BJR)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200