Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PENNY PANNEK,

           Plaintiff,

vs.

CITY OF SEATTLE, and LINCOLN TOWING ENTERPRISES, INC.

           Defendants.

No. 2:21-cv-1447BJR

DEFENDANTS' STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO ANSWER

Noting Date: December 2, 2021

Defendants City of Seattle (hereinafter "City") and Lincoln Towing Enterprises, Inc. ("Lincoln") hereby move for an extension of their deadline to answer Plaintiff's complaint from December 3, 2021, until January 3, 2022. The City and Lincoln would benefit from additional time to research and respond to Plaintiff's allegations. All parties stipulate and consent to this motion.

STIPULATED AND AGREED TO this 2nd day of December, 2021.

PETER S. HOLMES
Seattle City Attorney

By:   */s/Carolyn U Boies*
      Carolyn U. Boies, WSBA#40395
      Assistant City Attorney

DEFENDANTS' STIPULATED MOTION AND
ORDER TO EXTEND DEADLINE TO ANSWER
Page 1  (21-cv-1447BJR)

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Tel #:  (206) 684-8200
Fax #:  (206) 684-8284

E-mail: Carolyn.boies@seattle.gov

*Attorney for City of Seattle*


 /s/*James E. Lobsenz*
James E. Lobsenz, WSBA# 8787
Carney Badley Spellman P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA  98104
(206) 622-8020
lobsenz@carneylaw.com

*Attorneys for Plaintiff*


LAW OFFICE OF DANIEL A. MALLOVE, PLLC


 /s/*Daniel P. Mallove*
Daniel P. Mallove, WSBA# 13158
Eric A. Cascio, WSBA# 52914
2003 Western Avenue, Suite 400
Seattle, WA 98121
(206) 239-9933
dmallove@dpmlaw.com
ecascio@dpmlaw.com

*Attorneys for Defendant Lincoln Towing Enterprises*

DEFENDANTS' STIPULATED MOTION AND
ORDER TO EXTEND DEADLINE TO ANSWER
  Page 2  (21-cv-1447BJR)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**ORDER**

THIS MATTER having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

IT IS ORDERED THAT the extension is granted and Defendants City of Seattle and Lincoln Towing's answer to Plaintiff's complaint is due January 3, 2022.

DATED this 2nd day of December, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

DEFENDANTS' STIPULATED MOTION AND
ORDER TO EXTEND DEADLINE TO ANSWER
Page 3  (21-cv-1447BJR)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200