Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PENNY PANNEK,

    Plaintiff,

v.

CITY OF SEATTLE and LINCOLN TOWING ENTERPRISES, INC.,

    Defendants.

NO. 2:21-cv-01447-BJR

ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE

    The parties' STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE to a date between April 10, 2023 and May 1, 2023 is hereby GRANTED. The new trial date is April 17, 2023. The following pretrial deadlines are also continued: Motions in Limine due by 3/13/2023, Joint Pretrial Statement due by 3/20/2023, Pretrial Conference set for 4/3/2023 at 10:30 AM.

    DATED this 20th day of May, 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE – 1
(2:21-cv-01447-BJR)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PAN019-0001 Pannek Order Continuing Trial Date and