Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PENNY PANNEK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SEATTLE and LINCOLN TOWING ENTERPRISES, INC.,<br><br>　　　　　Defendants. | NO. 2:21-cv-01447-BJR<br><br>ORDER ON STIPULATED MOTION TO MODIFY THE CASE SCHEDULE |

The STIPULATED MOTION OF THE PARTIES TO MODIFY THE CASE SCHEDULE is hereby GRANTED. The new case management dates are as follows:

- Reports from expert witness under FRCP26(a)(2)　　　October 14, 2022
- Discovery completed by　　　December 5, 2022
- Dispositive motions must be filed by　　　January 10, 2023

All other pre-trial dates shall remain the same.

The Clerk shall enter a new scheduling order which reflects these modifications to the case schedule.

DATED this 7th day of September, 2022.

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

---

ORDER ON STIPULATED MOTION TO MODIFY THE CASE SCHEDULE – 1
(2:21-cv-01447-BJR)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

PAN019-0001 LI-PL-USDC-WDW Pleading (Proposed) Order to Modify Case Schedule.docx