Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PENNY PANNEK,

        Plaintiff,

v.

CITY OF SEATTLE and LINCOLN TOWING ENTERPRISES, INC.,

        Defendants.

NO. 2:21-cv-01447-BJR

ORDER ON STIPULATED JOINT MOTION FOR DISMISSAL

The parties' stipulated joint motion for dismissal with prejudice is hereby GRANTED.

Each party is to bear its own costs.

DATED this 28th day of September, 2022.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER ON STIPULATED JOINT MOTION FOR DISMISSAL – 1
(2:21-cv-01447-BJR)

PAN019-0001 Pannek order on Stipulated Joint Motion for dismissal

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020